JAMES COTTON v. WORTHINGTON CORPORATION.

March 13, 1984.

Petition for certification denied. (See 192 *N.J.Super.* 467)

STATE OF NEW JERSEY v. ELIZABETH ANN FARRELL.

March 13, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT FRANCIS SCHMIDT.

March 13, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH R. REYES.

March 13, 1984.

Petition for certification denied.